Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 230
FAIRFIELD, NJ  07004
(973) 227-2840
Chapter 13 Standing Trustee

|  |  |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| LAMAR WHITEHEAD | Case No.: 06-16673M |
|  | **NOTICE OF MOTION TO DISMISS PETITION** |
| TO:  LAURENCE R. SHELLER ESQ<br>3490 US ROUTE 1   BLDG.7-B<br>LANCIANO & SHELLER PC<br>PRINCETON, NJ 08540 | HEARING DATE: 09/21/2006 |

LAMAR WHITEHEAD
92 HOWLAND AVE.
TEANECK, NJ 07666

    PLEASE TAKE NOTICE, that on 09/21/2006, at 11:00 AM in the forenoon or as soon thereafter as counsel may be heard, Marie-Ann Greenberg, Chapter 13 Standing Trustee will move before Honorable Judge MORRIS STERN         , at US Bankruptcy Court, 50 Walnut Street, third floor, Newark, NJ 07102, for an Order Dismissing this case.

    The undersigned will rely on the attached Certification in support of this motion plus an oral report updating the information on the return date of this motion.

                                     Marie-Ann Greenberg, Esquire
                                     Chapter 13 Standing Trustee

                    By:  /S/Marie-Ann Greenberg
                          Marie-Ann Greenberg, Esquire