Marie-Ann Greenberg, Chapter 13 Trustee
30 Two Bridges Road, Suite 230
Farfield, NJ 07004
(973)227-2840

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### CHAPTER 13

In Re:

**LAMAR WHITEHEAD**
**92 HOWLAND AVE.**
**TEANECK, NJ**
**07666**

Case No.: 06-16673-M

SSN(1):

**DEBTOR(S)**

# FINAL REPORT AND ACCOUNT

Case Filed On:  
**Fri Jul 21, 2006**

Plan Confirmed On:

Case Concluded On:  
**Tue Nov 21, 2006**

THIS CASE WAS DISMISSED PRIOR TO CONFIRMATION.

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements. Copies of these detailed records have been filed with the Court, or are attatched hereto, and are incorporated by reference in this report.

**RECEIPTS:**   Amount paid to the Trustee by or for the Debtor for the benefit of Creditors:   $   2,430.00

| DISTRIBUTIONS TO CREDITORS NAME OF CREDITOR | CLASS | CLAIM AMOUNT | AMOUNT PAID PRINCIPAL | INTEREST | UNPAID BALANCE |
|---|---|---|---|---|---|
| 0001/560002 ACCREDITED HOME LENDERS | SECURED | 51,382.68 | .00 | .00 | .00 |
| 0002/517134 UNITED STATES BANKRUPTCY COURT | DEBTOR REFUND | .00 | .00 | .00 | .00 |

Refunded to Debtor:

**LAMAR WHITEHEAD**        **Closed Case Refund:**   1,170.00
                          **Other Refund:**   .00

Case No.: 06-16673-M

## SUMMARY OF CLAIMS ALLOWED AND PAID

| TYPE OF CLAIM | SECURED | PRIORITY | UNSECURED * | LATE | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 51,382.68 | .00 | .00 | .00 | .00 | 51,382.68 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 | .00 |

*The amount allowed reflects the percentage due pursuant to the Plan. Percentage to unsecured creditors is .00%.

**TOTAL PAID - PRINCIPAL AND INTEREST**         .00

## DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| LAURENCE R. SHELLER ESQ<br>3490 US ROUTE 1  BLDG.7-B<br>LANCIANO & SHELLER PC<br>PRINCETON, NJ<br>08540 | 1,260.00 | 1,260.00 |

## COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION

| TRUSTEE<br>NOTICE FEES | TRUSTEE'S EXPENSE &<br>COMPENSATION FUND | COURT<br>NOTICE FEES | TOTAL COST<br>& EXPENSE |
|---|---|---|---|
| .00 | .00 | .00 | .00 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just Pursuant to FRBP 5009. I hereby certify the above-captioned case has been fully administered.

FOR: Marie-Ann Greenberg
CHAPTER 13 TRUSTEE

Dated: Jun 28, 2007

By: /S/Marie-Ann Greenberg
Marie-Ann Greenberg